MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
      6401 Security Boulevard
      Baltimore, Maryland 21235
      Telephone: (510) 970-4836
      E-Mail: Michael.Marriott@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

REBECCA KENDRICK,

      Plaintiff,

      vs.

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.

) Case No.: 2:25-cv-03028-DAD-JDP
)
) STIPULATION AND [PROPOSED] ORDER
) FOR AN EXTENSION OF TIME
)
)
)
)
)
)
)
)

      Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Opening Brief be extended thirty (30) days from February 17, 2026, up to and including March 19, 2026.  This is the Defendant's first request for an extension.

      Undersigned counsel was only recently assigned this case for briefing, two business days prior to the current deadline. Defendant requests this extension in order to appropriately consider the 1,437 page administrative record in light of the four issues raised in Plaintiff's brief.

      The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated:  February 13, 2026

/s/  *Justin Prato\**
(*as authorized via e-mail)
JUSTIN PRATO
Attorney for Plaintiff

Dated: February 13, 2026

Michelle Beckwith
Acting United States Attorney
MATHEW W. PILE
Associate General Counsel
Social Security Administration

By:     /s/  *Michael K. Marriott*
MICHAEL K. MARRIOTT
Special Assistant U.S. Attorney

Attorneys for Defendant

### **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including March 19, 2026, to respond to Plaintiff's Motion for Summary Judgment.

IT IS SO ORDERED.

Dated:    February 17, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

Stip. for Ext.; 2:25-cv-03028-DAD-JDP                              2